# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JANEAN HUGHES,<br><br>    Plaintiff,<br><br>V.<br><br>I.C. SYSTEM, INC.,<br><br>    Defendant. | Case No.: 4:21-cv-00480<br><br>**NOTICE OF REMOVAL** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant I.C. System, Inc. ("ICS") hereby removes this action from the Twenty-First Judicial Circuit Court, Saint Louis County, Missouri. As grounds for removal, ICS states as follows:

1. On March 25, 2021, Plaintiff filed a lawsuit captioned *Janean Hughes v. I.C. System, Inc.*, Case No. 21SL-CC01338 in the Twenty-First Judicial Circuit Court, Saint Louis County, Missouri (the "State Court Action").

2. ICS was served a copy of the Petition and Summons on March 31, 2021. As is required by 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days of service on ICS of the "Notice and Summons" and Plaintiff's initial pleading.

3. In accordance with 28 U.S.C. § 1446(a), copies of the Petition, all process, pleadings, and orders in the State court action are attached hereto at **Exhibit A**.

4. Any civil action filed in a State court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a).

5. The above-captioned case is removable because this Court has original subject matter jurisdiction on federal question grounds pursuant to 28 U.S.C. § 1331.

6. As is stated in Plaintiff's Petition, this case arises under federal law—more particularly under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et. seq*.

7. Accordingly, this case can be properly removed to this Court pursuant to 28 U.S.C. § 1331 because federal question jurisdiction exists.

8. Under the provisions of 28 U.S.C. § 1441(a), the United States District Court for the Eastern District of Missouri is the federal court for the district and division embracing the place where the State court action is pending (*i.e.*, Saint Louis County, Missouri).

9. ICS has complied with all applicable requirements of 28 U.S.C. § 1446 for removing this action, including giving written notice of the filing of this Notice of Removal to Plaintiff and filing a copy of the Notice of Removal with the clerk of the Twenty-First Judicial Circuit Court, Saint Louis County, Missouri, at or about the same time as this filing.

10. No request for jury trial was made in the State Court Action.

WHEREFORE, Defendant I.C. System, Inc. gives notice that this action is hereby removed from the Twenty-First Judicial Circuit, City of Saint Louis, Missouri, to the United States District Court for the Eastern District of Missouri.

Dated: April 26, 2021

Respectfully Submitted,

**MALONE FROST MARTIN PLLC**

*Attorneys for Defendant*

By:/s/ PATRICK A. WATTS
Patrick A. Watts, #61701
7733 Forsyth Blvd Ste. 600
St. Louis, Missouri 63105
pwatts@mamlaw.com
P: (314) 669-5490
F: (888) 632-6937

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system and via electronic mail pursuant to 28 U.S.C. §1446(d), on this 26th day of April, 2021, to:

Bryan E. Brody, #57580
Alexander J. Cornwell, #64793
7730 Carondelet Avenue, Suite 135
Clayton, MO 63105
Ph:(314) 932-1068
Fax: (314) 228-0338
BBrody@BrodyandCornwell.com
ACornwell@BrodyandCornwell.com
*Attorneys for Plaintiff*

By:/s/ Patrick A. Watts